

The following constitutes
the order of the court. Signed September 07, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 09-56548 RLE |
| VICENTE L TORINO | |
| TERESITA R TORINO | **ORDER DISMISSING CASE PRE-CONFIRMATION** |
| | |
| | Hearing Date:  August 31, 2010 |
| | Hearing Time:  2:00 p.m. |
| | Judge: ROGER L. EFREMSKY |
| Debtors | Place: U.S. Bankruptcy Court |
| | 280 S 1st St., Room 3099 |
| | San Jose, CA  95113 |

The Motion to Dismiss filed by DEVIN DERHAM-BURK, Chapter 13 Standing Trustee (hereafter "Trustee") came regularly for hearing on August 31, 2010; the Trustee was present, and other appearances were as noted on the record.  The Court having considered all pleadings in the case, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice.  After payment of allowed adequate protection payments, administrative costs or fees, the Chapter 13 Standing Trustee shall return to the Debtors any remaining balance of the debtor funds on hand.

///

///

| | |
|---|---|
| 1 | Notwithstanding the dismissal of the case, the Chapter 13 Standing Trustee shall remit to the |
| 2 | Clerk of the Court funds from any previously disbursed checks that remain uncashed.  The |
| 3 | Chapter 13 Standing Trustee shall submit at a later date her Trustee's Final Report for |
| 4 | approval by the Court.  Notice of the dismissal shall be served upon all parties by the Clerk |
| 5 | of the Court. |

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

Case Name:  VICENTE L TORINO          Case No.:  09-56548 RLE
                TERESITA R TORINO

VICENTE L TORINO
TERESITA R TORINO
1848 BARBERRY LN
SAN JOSE, CA  95122

LAW OFFICES OF JON G BROOKS
941 W HEDDING ST
SAN JOSE, CA  95126